

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00099-CV

**ELLIS CENTRAL APPRAISAL DISTRICT
AND ELLIS CENTRAL APPRAISAL
REVIEW BOARD,**

                                        **Appellants**

 **v.**

**HOLNAM TEXAS LIMITED PARTNERSHIP,**

                                        **Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 66519

## MEMORANDUM  OPINION

The parties' Joint Motion to Dismiss Appeal was filed on December 7, 2011.  In the motion, the parties assert that they have reached an agreement to settle all matters and issues in controversy between them.  They further assert that a dismissal of the appeal will allow the settlement agreement to be effective and will end the litigation between the parties.  The motion is signed by counsel for both parties.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.1(a).

Justice Scoggins did not participate in this decision.


        TOM GRAY
        Chief Justice

Before Chief Justice Gray, and
      Justice Davis,
Appeal dismissed
Opinion delivered and filed December 14, 2011
[CV06]